UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

HAUNTEDPROPS.COM CORP.,

        Plaintiff,

v.

HAUNTPROPS, LLC, ERIK SAYTENGA, S&J HAUNTED PRODUCTIONS LLC, and STEVEN REEVES,

        Defendants.

Case No. 23-CV-6217 (JMA)(LGD)

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**

**IT IS HEREBY STIPULATED BY AND AMONG** Plaintiff HAUNTEDPROPS.COM CORP. and Defendants S&J HAUNTED PRODUCTIONS LLC, and STEVEN REEVES (the "S&J Defendants"), that through their respective counsel of record, that the Court may make and enter an Order extending the time of the S&J Defendants to answer or otherwise move with reference to Plaintiff's Complaint up to and including September 28, 2023. This is the second extension granted to the S&J Defendants and has been agreed-upon by the undersigned attorneys because counsel for the S&J Defendants is having an unexpected family emergency. This Stipulation will not affect the Court's schedule for this case.

    Dated: New York, New York
    September 13, 2023

Respectfully submitted,

| | |
|---|---|
| **THE LAW OFFICES OF NEAL BRICKMAN, P.C.** | **POLLACK LAW, P.C.** |
| By: _____ | By: _/s/ Steven Pollack/LMH_ (with permission via email) |
| Laura-Michelle Horgan, Esq. | Steven Pollack, Esq. |

| | |
|---|---|
| 420 Lexington Avenue, Suite 2811<br>New York, NY 10170<br>Tel. (212) 687-6262<br>lm.horgan@brickmanlaw.com | 225 Broadway, Suite 850<br>New York, NY 10007<br>Tel. (212) 765-5225<br>steve@stevepollacklaw.com |
| *Attorneys for Defendants*<br>*S&J Haunted Productions*<br>*LLC and Steven Reeves* | *Attorneys for Plaintiff*<br>*HauntedProps.com Corp.* |

So Ordered:

_____