UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
HAUNTEDPROPS.COM CORP.,

                Plaintiff,

vs.

HAUNTPROPS, LLC, ERIK E. SAYENGA,
S&J HAUNTED PRODUCTIONS LLC, and
STEVEN REEVES

                Defendants.
-----------------------------------------------------------------X

Civil Action No. 23-CV-6217

## STATUS REPORT

      Plaintiff HauntedProps.com Corp., by counsel, hereby respectfully submits this status report to update the Court on recent developments affecting the above-referenced matter. On November 27, 2023, pursuant to a settlement reached between Plaintiff and Defendants S&J Haunted Productions LLC and Steven Reeves (collectively, the "**Reeves Defendants**"), Plaintiff filed a Notice of Voluntary Dismissal with Prejudice as to the Reeves Defendants. (Doc. No. 23.) The Court thereafter dismissed the Reeves Defendants.

      Plaintiff preserved the action with respect to the remaining defendants, HauntProps, LLC and Erik E. Sayenga ("**Sayenga Defendants**"). Mr. Sayenga, the owner of HauntProps, LLC, has filed for Chapter 13 bankruptcy in *In re Erik Edgar Sayenga*, Case No. 3:23-bk-02340-JAB (Bank. M.D. Fla. 2023), which is pending. The automatic bankruptcy stay provided for in 11 U.S.C. § 362 may apply to stay this action as to each of the Sayenga Defendants. *See Queenie, Ltd. v. Nygard Int'l*, 321 F.3d 282, 288 (2d Cir. 2003). In the interests of judicial economy, Plaintiff respectfully requests that the Court stay this action until resolution of the pending bankruptcy.

|  |  |
|---|---|
| Dated: November 27, 2023 | Respectfully submitted, |
|  | **POLLACK LAW, P.C.** |
|  | /s/ Steven Pollack<br>Steven Pollack, Esq.<br>steve@stevepollacklaw.com<br>225 Broadway, Suite 850<br>New York, NY 10007<br>Telephone: (212) 765-5225<br>Facsimile: (929) 529-8562 |
|  | *Attorneys for Plaintiff* |

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the above document on November 27, 2023 via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

*/s/ Steven Pollack*
Attorney
